IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL HEGARTY**

Criminal Action No. 14-PO-07004-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WILLIAM L. MONSON,

    Defendant.

---

### STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

It is stipulated that upon the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

Signed at Denver, Colorado this 5th day of November, 2014.

                              BY THE COURT:

                              _____
                              U.S. Magistrate Judge Michael E. Hegarty

_____       _____
Counsel for Plaintiff                                  Counsel for Defendant