# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) — Short Form |
| v. | CASE NUMBER: 14-po-07004-MEH |
| WILLIAM L. MONSON | David Owens (Defendant's Attorney) |

**THE DEFENDANT:** Was found guilty on count 1 of the Citation after a plea of not guilty.

**ACCORDINGLY,** the Court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 41 C.F.R. §102-74.400(a) | Unauthorized Possession of One Ounce or Less of Marijuana | 04/14/2014 | 1 |

Defendant is sentenced to: three (3) days imprisonment, suspended; twelve (12) months unsupervised probation; standard conditions of probation apply; special condition-must complete 20 hours of community service within the next twelve (12) months; must pay an assessment of $5.00 and CVB Processing fee of $25.00. Defendant must pay the fine of $2,500.00 within the next six (6) months, with payments of $400.00 per month; the first payment due February 15, 2015 and a last payment of $500.00. Interest is waived for the fine. The defendant shall not commit any new federal, state, or local law violations during the probationary period.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | CVB Processing Fee | Fine |
|---|---|---|---|
| **Total:** | $5.00 | $25.00 | $2,500.00 |

January 14, 2105
Date of Imposition of Judgment

*Michael E. Hegarty*
Signature of Judicial Officer

Michael E. Hegarty, U.S. Magistrate Judge
Name & Title of Judicial Officer

1/16/2015
Date